# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| v. | Case No.: 1:18−cr−00083−CLC−CHS |
| CLIFTON WARD | |

    Upon motion of the government, it is ORDERED that a detention hearing is set for Friday, August 3,2018, at 02:00 PM before a United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATE: August 1, 2018

ENTER.

                                          s/ Christopher H Steger
                                          UNITED STATES MAGISTRATE JUDGE