UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:18-cr-83 |
| | ) |
| v. | ) District Judge Curtis L. Collier |
| | ) Magistrate Judge Christopher H. Steger |
| CLIFTON WARD | ) |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 43) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two count Indictment; (2) accept Defendant's guilty plea to Count One of the two count Indictment; (3) adjudicate Defendant guilty of influencing federal official by threat in violation of 18 U.S.C. § 115(a)(1)(B) and § 115(b)(4); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 42) pending further order of this Court or sentencing in this matter.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 43) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of influencing federal official by threat in violation of 18 U.S.C. § 115(a)(1)(B) and § 115(b)(4); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 42) until further order of this Court or sentencing in this matter which is scheduled to take place on **June 19, 2019, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**