# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) DOCKET NUMBER 1:18-CR-83-1 |
| Clifton Ward | ) |

## ORDER OF COURT

On June 19, 2019, the above-named offender was sentenced to 10 months imprisonment and three (3) years of supervised release which commenced on October 3, 2019. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this __16__ day of March, 2022.

/s/
Curtis L. Collier
Senior United States District Judge